UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>YOUBA K. BARADJI,<br><br>Defendant | CASE NO. 2:18cr-258<br><br>JUDGE WATSON<br><br><br>CASE IS UNDER SEAL |

## MOTION FOR ARREST WARRANT AND TO REVOKE SUPERVISED RELEASE

On August 14, 2018, this defendant was released by this Court under conditions or Supervised Release. On December 14, 2018, the defendant plead guilty to Conspiracy to Possess with Intent to Distribute 500 grams or more of a Substance Containing a Detectable Amount of Methamphetamine. The defendant is set for Sentencing on October 29, 2019.

On August 8, 2019, the defendant travelled to Paris, France and was boarding a plane for the Republic of the Union of Myanmar, the defendant's home country. He was removed from the plane for suspicion of a fraudulent passport, as the Clerk's Office in this District has the Defendant's passport. As of this writing, the defendant has not been permitted to re-board the plane and is sitting with French officials at Charles de Gaulle Airport.

We would request a warrant for a violation of the defendant's pre-trial release.

BENJAMIN C. GLASSMAN
UNITED STATES ATTORNEY

TIMOTHY D. PRICHARD (0059455)